IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KIM SIMS** **PLAINTIFF**

**V.**        **CASE NO.: 3:14CV00304 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**        **DEFENDANT**

## ORDER

Pending is the Commissioner of the Social Security Administration's Unopposed Motion to Remand.  (Docket entry #12)  For good cause shown, the Commissioner's motion (#12) is GRANTED.  This case is remanded under sentence four of 42 U.S.C. § 405(g), for further administrative action.

DATED this 6th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE