# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**KIM SIMS**                                                                                                    **PLAINTIFF**

**V.**                       **CASE NO.: 3:14CV00304 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                **DEFENDANT**

## JUDGMENT

The decision of Carolyn W. Colvin, Acting Commissioner, Social Security Administration, is reversed and remanded, and judgment is entered in favor of Kim Sims. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 6th day of May, 2015.

                                                        _____
                                                        UNITED STATES MAGISTRATE JUDGE